This memorandum opinion was not selected for publication in the New Mexico Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

## IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**LEE ULIBARRI, JERRY ULIBARRI, ANTHONY ULIBARRI, and NIEVES SCHEHL,**

Plaintiffs-Appellants,

**v.**                                                                    **NO. 30,062**

**LINDA LOE, as personal representative of the Estate of Antonio Roybal and in her individual capacity and NATIVIDAD ROYBAL,**

Defendants-Appellees,

**IN THE MATTER OF THE ESTATE OF ANTONIO ROYBAL, deceased.**

**APPEAL FROM THE DISTRICT COURT OF SAN MIGUEL COUNTY**
**Eugenio S. Mathis, District Judge**

Lee Ulibarri
Las Cruces, NM

Jerry Ulibarri
Orlando, FL

Anthony Ulibarri
Las Cruces, NM

Nieves Schehl
Titusville, FL

Pro Se Appellants

Arnold Padilla
Albuquerque, NM

for Appllees

## MEMORANDUM OPINION

**FRY, Chief Judge.**

Summary dismissal was proposed for the reasons stated in the calendar notice. No memorandum opposing summary dismissal has been filed, and the time for doing so has expired. **DISMISSED.**

**IT IS SO ORDERED.**

 

**CYNTHIA A. FRY, Chief Judge**

**WE CONCUR:**

 

**JAMES J. WECHSLER, Judge**

**RODERICK T. KENNEDY, Judge**